**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**

*Richmond Division*

**UNITED STATES OF AMERICA**

**v.**

**KYLE F. DANZEY,**

**Defendant.**

**Case No. 3:25-mj-103**

**18 U.S.C. § 113(a)(5)**
**Simple Assault within Maritime**
**and Territorial Jurisdiction of**
**the United States**

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about June 15, 2025, in the Eastern District of Virginia, the defendant, KYLE F. DANZEY**,** at Fort Lee, Virginia, property administered by the Department of Defense and within the special maritime and territorial jurisdiction of the United States, did unlawfully and knowingly assault A.F. by pointing at and touching A.F.'s face with a razor blade.

(In violation of 18 U.S.C. § 113(a)(5)).

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

Date:  4 December 2025          By:                      /s/
Adam J. Wise
Special Assistant United States Attorney